UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:24-cv-00606-GPG-SBP

FITNESS TOGETHER FRANCHISE, LLC,

    Plaintiff,

v.

TIGER VENTURES, INC.;
BALLANTYNE FITNESS SOLUTIONS, INC.;
CHAVANNE SCOTT; and
CLIFTON HELLNER,

    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION IN EXCESS OF FIFTEEN PAGES

Pursuant to GPG Civ. Practice Standard 10.1(c)(5), Plaintiff Fitness Together Franchise, LLC ("FTF"), respectfully moves the Court for an order extending the page limit for its motion for temporary restraining order and preliminary injunction to 20 pages. In support thereof, FTF states as follows:

1. **D.C.COLO.LCivR 7.1(a) Certification:** Counsel for FTF, Michael R. Krantz, certifies that he attempted to confer in good faith with Defendants Ms. Chavanne Scott and Mr. Clifton Hellner, regarding this Motion. On March 6, 2024, Mr. Krantz sent an email to Scott and Hellner requesting their position on this motion. Although Defendants responded, they took no position on the relief sought in this Motion.

2. On March 5, 2024, FTF filed its Complaint against Scott, Hellner, Tiger Ventures, Inc., and Ballantyne Fitness Solutions, Inc.

3. FTF is preparing to file a motion for a temporary restraining order and preliminary injunction (the "TRO Motion"). The TRO Motion details a complex set of facts and addresses numerous issues of law for the Court to consider in deciding the TRO Motion. FTF is endeavoring to present the TRO Motion concisely and efficiently, but needs five additional pages beyond the Court's 15-page limit so the Court has the benefit of a complete presentation. Therefore, good cause exists to grant this Motion.

4. No party will be prejudiced by the granting of this Motion

5. This is FTF's first Motion to exceed the page limit for its TRO Motion.

WHEREFORE, FTF respectfully requests that the Court expand the page limit for FTF's TRO Motion to 20 pages.

Dated: March 6, 2024.                              Respectfully submitted,


*s/ Michael R. Krantz*
Melissa L. Romero
Michael R. Krantz
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: romero@wtotrial.com
          krantz@wtotrial.com

Attorneys for Plaintiff,
Fitness Together Franchise, L.L.C.

3

## CERTIFICATE OF SERVICE (CM/ECF)

 I HEREBY CERTIFY that on March 6, 2024, I electronically filed the foregoing **Plaintiff's Motion for Leave to File Motion for Temporary Restraining Order and Preliminary Injunction in Excess of Fifteen Pages** with the Clerk of Court using the CM/ECF system.

 I FURTHER CERTIFY that Defendants in this action have been served with the foregoing document by email and by U.S. Mail as follows:

 1909 Madeira Circle
 Waxhaw, North Carolina 28173
 nikechavanne@gmail.com
 ClifHellner32@gmail.com
 totalhealthmovement@gmail.com


          *s/ Michael R. Krantz*